UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>V.<br><br>THOMAS EDWARD SHEPHERD,<br><br>    Defendant. | CRIMINAL NO. 7:23-03-KKC-EBA<br><br><br>ORDER |

**\*\*\* \*\*\* \*\*\***

This matter was referred to Magistrate Judge Atkins for the purpose of conducting rearraignment proceedings for the above defendant. After conducting those proceedings, Judge Atkins filed a recommendation (DE 41) that the Court accept the defendant's guilty plea and that the defendant be adjudged guilty of Counts 1 and 2 of the Indictment (DE 1) in this matter. No objections have been filed and, having reviewed the record, the Court finds that Judge Atkins satisfied all requirements of the Federal Rules of Criminal Procedure and the United States Constitution. Accordingly, the Court hereby ORDERS as follows:

1) The Court ADOPTS the recommendation (DE 41) and ACCEPTS the defendant's guilty plea;

2) The defendant is ADJUDGED GUILTY of Counts 1 and 2 of the Indictment (DE 1); and

3) This matter is set for a sentencing hearing on September 23, 2024 at 1:30 p.m. at Lexington, Kentucky.

This 28th day of June, 2024.

*Karen K. Caldwell*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY